## Commonwealth *v.* Maggio, Appellant.

Argued April 10, 1967. *H. David Rothman,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Miller, Appellant.

Submitted April 10, 1967. *William Clayton Miller,* appellant, in propria persona; *Joseph S. Walko,* First Assistant District Attorney, and *Robert J. Masters,* District Attorney, for Commonwealth, appellee.

Order affirmed.